THE PEOPLE OF THE STATE OF NEW YORK ex rel. AROBELL
SEELYE et al., Respondents, *v.* JOHN B. KEEFFE et al., as
Assessors of the Village of Glens Falls, Appellants.

*People ex rel. Seelye* v. *Keefe,* 119 App. Div. 713, affirmed.
(Argued December 13, 1907; decided January 7, 1908.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered May
21, 1907, which affirmed an order of Special Term directing the
defendants to reduce an assessment made against relators for
the purposes of taxation.

*Daniel J. Finn* for appellants.

*Edward M. Angell* for respondents.

Order affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.